*UNOPPOSED*

NO. 13-16747

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

CARLA VISENDI and 159 OTHER NAMED INDIVIDUALS,
*Plaintiffs-Appellees*,

vs.

BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOANS SERVICING, INC.; BANK OF NEW YORK MELLON CORPORATION; AURORA LOAN SERVICES, LLC; BANK OF THE WEST; FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; GREENTREE SERVICING, LLC; HSBC BANK USA, N.A.; RECONTRUST COMPANY, N.A.; UBS REAL ESTATE SECURITIES, INC.; US BANK, N.A.; WELLS FARGO BANK, N.A.; and DOES 1 through 100, inclusive,
*Defendants-Appellants*.

_____

**Appeal By Permission (CAFA Remand Order)**
United States District Court for the Eastern District of California
Case No. 2:11-cv-02413-MCE-GGH
The Honorable Morrison C. England, Jr., United States District Judge

## *UNOPPOSED* MOTION OF APPELLANTS
## BANK OF AMERICA, N.A., *et al.*
## FOR LEAVE TO FILE REPLY BRIEF

Robert E. Boone III  
Nafiz Cekirge  
Brian J. Recor  
BRYAN CAVE LLP  
120 Broadway, Suite 300  
Santa Monica, CA 90401  
(310) 576-2100 tel

Douglas E. Winter  
BRYAN CAVE LLP  
1155 F Street, N.W.  
Washington DC 20004  
(202) 508-6000 tel  
(202) 508-6200 fax  
dewinter@bryancave.com

Counsel for Defendants-Appellants **BANK OF AMERICA, N.A., ET AL.**

Defendants-Appellants Bank of America, N.A., *et al.*, request leave to file the attached six (6) page Reply Brief for the following reasons of good cause, fairness, and equity. Counsel for Plaintiffs-Appellees does not oppose this Motion.

1. On August 30, 2013, this Court granted permission to appeal. The order scheduled simultaneous briefing for September 9, 2013, but said nothing about a Reply Brief. Although Fed. R. App. P. 28(c) authorizes Appellants to file a Reply Brief as a matter of right, we ask leave to file to assure compliance with the Court's protocols under these unusual circumstances.

2. Although Defendants-Appellants' Opening Brief discussed the issues presented by the District Court's remand order, the Brief of Plaintiffs-Appellees abandoned any meaningful defense of that order. Plaintiffs' Brief devotes only portions of three of its 28 pages – fewer than 400 of its 5,000-plus words – to the order and its rationale (*see* Pl. Br. 10-11, 16).

3. Plaintiffs instead offer three new arguments for remand that were not presented to or decided by the District Court on Plaintiffs' unsuccessful motion for remand or in opposition to Defendants' motion to dismiss.

4. Plaintiffs' new arguments are waived or forfeited, contradict the factual allegations of the Complaint filed in state court, and misstate the law.

5. Without a Reply Brief, Appellants will have no opportunity to respond and explain these failings in writing. Counsel for Appellants will be required to divert his limited time at oral argument to belated and baseless theories.

6. Most important, this Court will lack written briefs on both sides of these issues, which will greatly assist the Court in resolving this appeal within its expedited schedule for decision. *See* 28 U.S.C. § 1453(c)(2); *Bush v. Cheaptickets, Inc.*, 425 F.3d 683, 685 (9th Cir. 2005)

7.	As the text of the attached Reply Brief confirms, Defendants-Appellants will not use that brief to reargue any issues discussed in their Brief on Appeal, but will limit all discussion to the new matters presented in Plaintiffs' Brief.

For these reasons, Defendants-Appellants Bank of America, N.A., *et al.*, request leave to file the attached Reply Brief.

Date:  September 16, 2013				Respectfully submitted,

By: */s/ Douglas E. Winter*

| | |
|---|---|
| Robert E. Boone III | Douglas E. Winter |
| Nafiz Cekirge | BRYAN CAVE LLP |
| Brian J. Recor | 1155 F Street, N.W. |
| BRYAN CAVE LLP | Washington DC 20004 |
| 120 Broadway, Suite 300 | (202) 508-6000 tel |
| Santa Monica, CA 90401 | (202) 508-6200 fax |
| (310) 576-2100 tel | dewinter@bryancave.com |

Counsel for Defendants-Appellants **BANK OF AMERICA, N.A. (FOR ITSELF AND AS SUCCESSOR-BY-MERGER TO BAC HOME LOANS SERVICING, LP); COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; BANK OF NEW YORK MELLON; FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF THE WEST; HSBC BANK USA, N.A. (AS TRUSTEE OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM1, AND DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1); AND U.S. BANK N.A. (AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2007- AHL3, GSAA HOME EQUITY TRUST 2006-19, AND GSR MORTGAGE LOAN TRUST 2006-8F)**

2

## CERTIFICATE OF COMPLIANCE

Appellants prepared this Reply Brief using Garamond font in 14 point typeface. It contains 1,890 proportionally spaced words, including its title page, but not its Table of Authorities (as calculated by the software used to create this Brief).

Date: September 16, 2013                By: _/s/ Douglas E. Winter_

## CERTIFICATE OF SERVICE

On September 16, 2013, I served Appellants' Motion for Leave to File Reply Brief and Appellants' Reply Brief by ECF/ Electronic Filing on counsel of record for all parties.

By: _/s/ Douglas E. Winter_